IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONNES B. CAMPBELL,

    Petitioner,

v.

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-137-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Connes B. Campbell for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case with prejudice.

| /s/ | 5/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |